UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,

        Plaintiff,

   v.

STATE OF NEVADA, *et al.*,

        Defendants.
_____/

No. C-11-03567 (DMR)

**ORDER RE PLAINTIFF'S DISCOVERY LETTER**

Plaintiff has submitted a letter updating the court on the status of discovery in this case. The court notes that it appears that Defendants have not yet been joined in the action. The court therefore finds Plaintiff's discovery request not ripe and dismisses it without prejudice.

IT IS SO ORDERED.

Dated: September 1, 2011

_____
DONNA M. RYU
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED WITHOUT PREJUDICE — Judge Donna M. Ryu]