UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD, | No. C-11-3567 DMR |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

The Initial Case Management Conference previously scheduled for October 26, 2011 at 1:30 p.m. is hereby CONTINUED to **November 30, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **November 23, 2011.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: October 17, 2011

DONNA M. RYU
United States Magistrate Judge