UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,    No. C-11-3567 (DMR)

    Plaintiff(s),    **ORDER TO SHOW CAUSE**

  v.

NEVADA STATE OF,

    Defendant(s).
_____/

    Plaintiff has brought suit pursuant to 42 U.S.C. § 1983 against several defendants, including Special Magistrate Curtis Coltrane of Beaufort County, South Carolina; Court Clerk Steven Grierson and Judge Elizabeth Gonzales of the Clark County Courts of Nevada; Discovery Commissioner Bonnie Bulla of Nevada's Eighth Judicial District Court; Chief Justice Nancy M. Saiita and Justices Michael L. Douglas, James W. Hardesty, Kristina Pickering, Mark Gibbons, Michael Cherry, and Ron Parraguirre of the Supreme Court of Nevada; San Francisco Superior Court Judges Charlotte Woolard and Loretta Giorgi; Judge Saundra Armstrong of the U.S. District Court for the Northern District of California; Judge Roger Hunt of the U.S. District Court for the District of Nevada; and Judge Roger Benitez of the U.S. District Court for the Southern District of California. (Am. Compl. 6-22.) The court hereby ORDERS Plaintiff to SHOW CAUSE no later than December 9, 2011 why the court should not dismiss the claims against the above Defendants on grounds of judicial immunity.

Plaintiff shall serve a copy of this order on all Defendants and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: December 5, 2011

_____
DONNA M. RYU
United States Magistrate Judge

2