**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A MISSUD, | No. C-11-03567 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| NEVADA STATE OF, | |
| Defendant(s). | |

The Initial Case Management Conference previously scheduled for January 11, 2012 has been CONTINUED to **January 26, 2012 at 11:00 a.m.** The Case Management Statement is due no later than **January 19, 2012.** For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled conference. Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: December 22, 2011

DONNA M. RYU
United States Magistrate Judge