United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK A MISSUD,                       No. C-11-03567 (DMR)

          Plaintiff(s),                 **ORDER TO SHOW CAUSE**

    v.

NEVADA STATE OF,

          Defendant(s).
_____/

      Plaintiff Patrick Missud filed this action on July 20, 2011. To date, he has not properly served Defendants State of Nevada; Susan Eckhardt; David Sarnowski; Nevada State Bar; Constance Akridge; Nevada Supreme Court; Eighth Judicial District Court of County of Clark; Special Magistrate Curtis Coltrane of Beaufort County, South Carolina; Court Clerk Steven Grierson and Judge Elizabeth Gonzales of the Clark County Courts of Nevada; Discovery Commissioner Bonnie Bulla of Nevada's Eighth Judicial District Court; Chief Justice Nancy M. Saiita and Justices Michael L. Douglas, James W. Hardesty, Kristina Pickering, Mark Gibbons, Michael Cherry, and Ron Parraguirre of the Supreme Court of Nevada; San Francisco Superior Court Judges Charlotte Woolard and Loretta Giorgi; Judge Saundra Armstrong of the U.S. District Court for the Northern District of California; Judge Roger Hunt of the U.S. District Court for the District of Nevada; and Judge Roger Benitez of the U.S. District Court for the Southern District of California. According to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The 120-day deadline passed on November 17, 2011. The

court therefore ORDERS Plaintiff to Show Cause by January 3, 2012 why the court should not dismiss the aforementioned Defendants.

IT IS SO ORDERED.

Dated: December 22, 2011



DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California

2