UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>          Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>          Defendants.<br>_____/ | No. C11-3567 EMC<br><br>**ORDER RE PLAINTIFF'S REQUESTS FOR JUDICIAL NOTICE**<br><br>**(Docket Nos. 97-104)** |

      Since the Court issued judgment in this matter on March 22, 2012, Plaintiff has filed several Requests for Judicial Notice, attaching multiple and voluminous documents. Docket Nos. 97-104. Because an appeal is pending in this matter, to the extent Plaintiff intends to use such requests to move this Court for relief of some kind, this Court does not have the authority to grant such a motion absent a remand for the Court of Appeals. *See* Fed. R. Civ. P. 62.1(a). Moreover, Plaintiff has failed to comply with the Local Rules regarding written requests to the Court. Civil Local Rule 7-1, 7-9. Accordingly, the Court declines to consider these filings. Plaintiff is directed to comply with the Local Rules in future filings with this Court.

      This Order disposes of Docket Nos. 97-104.

      IT IS SO ORDERED.

Dated: May 1, 2012

_____
EDWARD M. CHEN
United States District Judge