UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. MISSUD,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendants.<br>_____ / | No. C11-3567 EMC<br><br>**SECOND ORDER RE PLAINTIFF'S REQUESTS FOR JUDICIAL NOTICE**<br><br>**(Docket Nos. 106-09, 111-17)** |

    On May 1, 2012, the Court issued an order regarding Plaintiff's Requests for Judicial Notice, explaining that the Court lacks jurisdiction to issue any requested relief because the case is on appeal, *see* Fed. R. Civ. P. 62.1(a), and that Plaintiff had also failed to comply with the Local Rules regarding written requests to the Court, Civil Local Rule 7-1, 7-9. Accordingly, the Court declined to consider those filings. Plaintiff has since filed an additional eleven Requests for Judicial Notice that suffer from the sam deficiencies the Court has already noted with respect to his previous filings.

    Plaintiff is directed to comply with the Local Rules in future filings with this Court. Absent further order from this Court, the Court will not consider any future filings from Plaintiff while the case is on appeal.

    This Order disposes of Docket Nos. 106-09, 111-17.

    IT IS SO ORDERED.

Dated: June 4, 2012

                                                  _____<br>
                                                EDWARD M. CHEN<br>
                                                United States District Judge