**United States District Court**
For the Northern District of California

1
2
3
4
5                  UNITED STATES DISTRICT COURT
6                 NORTHERN DISTRICT OF CALIFORNIA
7
8   PATRICK A. MISSUD,                    No. C11-3567 EMC
9            Plaintiff,
                                          **SECOND ORDER RE PLAINTIFF'S**
10       v.                               **REQUESTS FOR JUDICIAL NOTICE**
11  STATE OF NEVADA, et al.,              **(Docket Nos. 106-09, 111-17)**
12           Defendants.
13  _____/
14
15       On May 1, 2012, the Court issued an order regarding Plaintiff's Requests for Judicial Notice,
16  explaining that the Court lacks jurisdiction to issue any requested relief because the case is on
17  appeal, *see* Fed. R. Civ. P. 62.1(a), and that Plaintiff had also failed to comply with the Local Rules
18  regarding written requests to the Court, Civil Local Rule 7-1, 7-9.  Accordingly, the Court declined
19  to consider those filings.  Plaintiff has since filed an additional eleven Requests for Judicial Notice
20  that suffer from the sam deficiencies the Court has already noted with respect to his previous filings.
21       Plaintiff is directed to comply with the Local Rules in future filings with this Court.  Absent
22  further order from this Court, the Court will not consider any future filings from Plaintiff while the
23  case is on appeal.
24       This Order disposes of Docket Nos. 106-09, 111-17.
25       IT IS SO ORDERED.
26  Dated:  June 4, 2012
27                                        _____
28                                        EDWARD M. CHEN
                                          United States District Judge